IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**Connie E. Roche,**

      **Plaintiff,**

                                     **Cause No. 1:11cv462-LG-JMR**

vs.

**Michael J. Astrue, Commissioner of**
**Social Security,**

      **Defendant.**

**<u>Agreed Judgment Reversing and Remanding Action to Commissioner
Under Sentence Four of 42 U.S.C. § 405(g)</u>**

This action is before this Court on Plaintiff's Motion for Summary Judgment [11] and Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of this Action to the Commissioner [14]. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under Sentence Four of 42 U.S.C. § 405(g), and in light of the Commissioner's request, with Plaintiff's consent, to remand this action,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision is **REVERSED** and this action is **REMANDED** for cause to the Commissioner for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED AND ADJUDGED** that on remand the Appeals Council will instruct the Administrative Law Judge to (1) order a

psychological examination of the Plaintiff, (2) assess the severity of Plaintiff's mental impairments, (3) reassess Plaintiff's residual functional capacity and credibility with regard to Plaintiff's mental impairments, and (4) issue a new decision for the period prior to August 1, 2009.

**SO ORDERED AND ADJUDGED** this the 28th day of September, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE